Paul CHILDRESS, Appellant,

v.

Johnny RINEHART; Steven
Leippert, Appellees.

No. 03–3318.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 5, 2004.

Decided: March 24, 2004.

Paul Childress, Springfield, MO, pro se.

Before BYE, MCMILLIAN, and
RILEY, Circuit Judges.

PER CURIAM.

Paul Childress appeals the district
court's[1] pre-service dismissal of his civil
rights action for lack of personal jurisdiction
over defendants. Upon de novo review,
we conclude Childress failed to show
that the exercise of personal jurisdiction
would comport with due process. *See
Stanton v. St. Jude Med., Inc.*, 340 F.3d
690, 693–94 (8th Cir.2003) (standard of review;
factors to consider in due process
determination); *Stevens v. Redwing*, 146
F.3d 538, 543 (8th Cir.1998) (plaintiff must
make prima facie showing of personal jurisdiction).

Accordingly, we affirm.

[1]. The Honorable Richard E. Dorr, United
States District Judge for the Western District
of Missouri.